AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | |
|---|---|
| JOSE FRANCISCO GARCIA,<br>*Plaintiff*<br>v.<br><br>NEHEMIA LEWIS, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.   12-CV-3104-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   Defendants' Motion for Summary Judgment is GRANTED. All claims and causes of action in this matter are DISMISSED without prejudice.  The Plaintiff's in forma pauperis status is revoked.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   THOMAS O. RICE _____ on a motion for  summary judgment.

Date:   April 23, 2014

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

Linda L. Hansen
_____